# UNITED STATES DISTRICT COURT
### District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

          Plaintiff,

      v.                        **CASE NO.** 26-CR-20049-DDC-ADM

CHRISTIAN PAGE,

          Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**RECEIPT OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)(A)]**

On or about September 26, 2025, in the District of Kansas and elsewhere, the

defendant,

### CHRISTIAN PAGE,

knowingly received child pornography, as defined in Title 18, United States Code,

Sections 2256(8)(A) and 2256(8)(B), using any means and facility of interstate and

foreign commerce, and that had been mailed, shipped, and transported in and affecting

1

interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 2

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)(A)]**

On or about January 1, 2026, in the District of Kansas and elsewhere, the

defendant,

## CHRISTIAN PAGE,

knowingly distributed child pornography, as defined in Title 18, United States Code,

Sections 2256(8)(A) and 2256(8)(B), using any means and facility of interstate and

foreign commerce, and that had been mailed, shipped, and transported in and affecting

interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT 3

**POSSESSION OF AND ACCESS WITH INTENT TO VIEW CHILD PORNOGRAPHY**
**[18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)]**

Beginning on or about September 26, 2025, and continuing through on or about

January 15, 2026, in the District of Kansas and elsewhere, the defendant,

## CHRISTIAN PAGE,

knowingly possessed, and accessed with intent to view, material that contained one or

more images of child pornography, as that term is defined in Title 18, United States

Code, Sections 2256(8)(A) and 2256(8)(B), including one or more images of a

prepubescent minor or a minor who had not attained twelve years of age, that had been

2

mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT 4

**POSSESSION OF AND ACCESS WITH INTENT TO VIEW CHILD PORNOGRAPHY**
**[18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)]**

Beginning on or about January 16, 2026, and continuing through on or about May 4, 2026, in the District of Kansas and elsewhere, the defendant,

**CHRISTIAN PAGE,**

knowingly possessed, and accessed with intent to view, material that contained one or more images of child pornography, as that term is defined in Title 18, United States Code, Sections 2256(8)(A) and 2256(8)(B), including one or more images of a prepubescent minor or a minor who had not attained twelve years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

3

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT 5

### INTERSTATE COMMUNICATIONS WITH A THREAT TO INJURE
### [18 U.S.C. § 875(c)]

On or about September 29, 2025, in the District of Kansas and elsewhere, the defendant,

## CHRISTIAN PAGE,

for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, the defendant knowingly transmitted in interstate and foreign commerce an electronic communication threatening to injure another person, that being "to rape and kill" a female victim, a person whose identity is known by the grand jury.

In violation of Title 18, United States Code, Section 875(c).

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1-5 of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, U.S.C. § 2253(a).

2.      Upon conviction of one or more of the offenses set forth in Counts 1-5, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or

4

part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

       a.      Samsung S22 (seized May 2026); IMEI 358933230435117;

       b.      Samsung S25 (seized January 2026); S/N RFCY50K3XYX; and

       c.      Lenovo Thinkpad Laptop S/N PC-05B7ZC.

3.      If any of the property described above, as a result of any act or omission of the defendant:

       A.      cannot be located upon the exercise of due diligence;

       B.      has been transferred or sold to, or deposited with, a third party;

       C.      has been placed beyond the jurisdiction of the court;

       D.      has been substantially diminished in value; or

       E.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

June 3, 2026                 s/Foreperson
DATE                       FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

5

By: *s/ Scott C. Rask*
Scott C. Rask, Kan. S. Ct. No. 15643
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
Tele: (913) 551-6730
Fax: (913) 551-6541
e-mail: Scott.Rask@usdoj.gov

*s/Audrey McCormick*
AUDREY MCCORMICK, D. Kan. No. 24847
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
Tele: (913) 551-6730
Fax: (913) 551-6541
e-mail: Audrey.McCormick@usdoj.gov

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

6

## PENALTIES

**Counts 1-2:  Receipt and Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A)**

- Punishable by a term of imprisonment of not less than five years and not more than twenty years.  If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, or sex trafficking of children, then the term of imprisonment shall be for not less than fifteen years and not more than forty years.  18 U.S.C. § 2252A(b)(1).

- A term of supervised release of at least five years and not more than life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3)

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).

- A $5,000 JVTA assessment.  18 U.S.C. § 3014.

- A child pornography assessment of $35,000.  18 U.S.C. § 2259A(a)(2).

- Forfeiture Allegation.

**Counts 3-4: Possession of or Access with Intent to View Child Pornography, 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)**

- Punishable by a term of imprisonment of not more than twenty years.  If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, or sex trafficking of children, then the term of imprisonment shall be for not less than ten years and not more than twenty years.  18 U.S.C. § 2252A(b)(2).

- A term of supervised release of at least five years and not more than life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.  18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).

- A $5,000 JVTA assessment.  18 U.S.C. § 3014.

- A child pornography assessment of $17,000.  18 U.S.C. § 2259A(a)(2).

- Forfeiture Allegation.

**Count 5:  Interstate Communications with a Threat to Injure, 18 U.S.C. § 875(c)**

- Punishable by a term of imprisonment of not more than five years.  18 U.S.C. § 875(c).

- A term of supervised release of not more than three years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).